E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID Y. PI (Cal. Bar No. 337432)
Assistant United States Attorney
Major Frauds Section
DIANE ROLDÁN (Cal. Bar No. 288224)
Assistant United States Attorney
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3659/6567
    Facsimile: (213) 894-6269
    E-mail:   david.pi@usdoj.gov
               diane.roldan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-CR-00116-JWH |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date: January 22, 2024<br>Trial Time: 9:00 AM |
| FLORIN DUDUIANU,<br>   aka "Gheorghe-Catalin<br>      Macingo,"<br>   aka "Jonathan Hirschi,"<br>   aka "Nicu Petru Sandra,"<br>   aka "Anaser Duduianu,"<br><br>        Defendant. | Location:   Courtroom of the<br>                Hon. John W. Holcomb |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David Y. Pi and Diane Roldán, hereby files its Exhibit List.

//

//

The government reserves the right to modify this list, including removing or adding exhibits throughout the trial.

Dated: January 16, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

         /s/
DAVID Y. PI
DIANE ROLDÁN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES v. FLORIN DUDUIANU**

No. CR 8:23-CR-00116-JWH

GOVERNMENT'S EXHIBIT LIST

| **Exhibit No.** | **Description** | **Date Identified** | **Date Admitted** |
|---|---|---|---|
| 1 | Audio Recording of FBI Interview of Duduianu on Aug. 7, 2023 (USAO_62) | | |
| 1A | Clip of Ex. 1 (4:28 – 7:05) (Translated in Ex. 30): Defendant asks why is being arrested. | | |
| 1B | Clip of Ex. 1 (9:10 – 10:11) (Translated in Ex. 30): Agent confirms Duduianu does not know the victims | | |
| 1C | Clip of Ex. 1 (12:12 – 14:48) (Translated in Ex. 30): Defendant responds about money and not knowing Maruta | | |
| 1D | Clip of Ex. 1 (16:04 – 17:39) (Translated in Ex. 30): Defendant statement on IDs | | |
| 1E | Clip of Ex. 1 (17:42 – 18:15) (Translated in Ex. 30): Defendant statement on entry into the United States | | |
| 1F | Clip of Ex. 1 (18:16 – 19:10) (Translated in Ex. 30): Defendant response to question on IDs | | |
| 1G | Clip of Ex. 1 (19:11 – 19:42) (Translated in Ex. 30): Defendant statement on entry into the United States | | |
| 2 | Video Recording from Placentia Police Department Body Worn Camera Video on August 2, 2023 (USAO_201) | | |
| 2A | Clip of Ex. 2 (29:30-31:28) (Translated in Ex. 31): Defendant statement about going to the ATM to withdraw his money | | |

| | | | | |
|---|---|---|---|---|
| | 2B | Clip of Ex. 2 (32:44-33:30) (Translated in Ex. 31): Defendant statement that he went to the ATM to deposit money to extend car rental | | |
| | 2C | Clip of Ex. 2 (36:54 - 37:20) (Translated in Ex. 31): Defendant states he does not live in California | | |
| | 2D | Clip of Ex. 2 (37:35 - 37:49) (Translated in Ex. 31): Defendant states how long he has been in California | | |
| | 2E | Clip of Ex. 2 (44:50 - 45:45) (Translated in Ex. 31): Defendant state he does not know Maruta | | |
| | 2F | Clip of Ex. 2 (45:46 - 46:50) (Translated in Ex. 31): Defendant states he went to the ATM to put money on his BMO Bank card | | |
| | 3 | Video Recording from Placentia Police Department Body Worn Camera Video on August 2, 2023 (USAO_202) | | |
| | 3A | Clip of Ex. 3 (26:03 - 27:07) (Translated in Ex. 32): Defendant states that he picked Maruta up off the street | | |
| | 3B | Clip of Ex. 3 (1:28:44 - 1:33:35) (Translated in Ex. 32): Defendant states that he did not withdraw money and accuses the translator of being a racist | | |
| | 4 | Video Recording from Placentia Police Department Booking Video on August 2, 2023 (USAO_212) | | |
| | 4A | Clip of Ex. 4 (14:48 - 15:15) (Translated in Ex. 33): Maruta states that she doesn't know defendant and that she asked for a ride to Walmart; she states the gift cards are hers | | |
| | 4B | Clip of Ex. 4 (41:23 - 48:44) (Translated in Ex. 33): Defendant states that he went to the ATM to deposit money and then withdrew $400 from his card | | |

| | | | | |
|---|---|---|---|---|
| 4C | Clip of Ex. 4 (48:45 - 50:10) (Translated in Ex. 33): Translation of defendant's prior response at the end of Ex. 4B | | | |
| 4D | Clip of Ex. 4 (50:29 - 51:39) (Translated in Ex. 33): Translation of defendant's prior response at the end of Ex. 4B | | | |
| 4E | Clip of Ex. 4 (52:14 - 54:26) (Translated in Ex. 33): Defendant states that the Green Dot card and other cards in his wallet are his | | | |
| 4F | Clip of Ex. 4 (54:29 - 54:45) (Translated in Ex. 33): Defendant states that he did not use any other cards at the ATM | | | |
| 4G | Clip of Ex. 4 (54:49 - 55:03) (Translated in Ex. 33): Defendant states that he used only his cards at the ATM | | | |
| 4H | Clip of Ex. 4 (55:02 - 55:18) (Translated in Ex. 33): Defendant states that he did not go to any other banks that day | | | |
| 4I | Clip of Ex. 4 (55:46 - 56:24) ((Translated in Ex. 33): Defendant states that he did not conduct any transactions for Maruta | | | |
| 4J | Clip of Ex. 4 (56:27 - 57:25) (Translated in Ex. 33): Defendant states that he doesn't know where the receipts from the ATM came from | | | |
| 4K | Clip of Ex. 4 (57:25 - 1:00:04) (Translated in Ex. 33): Defendant states that he picked Maruta up from in front of the bank with the ATM | | | |
| 5 | Video Recording from Placentia Police Department Patrol Car Video on August 2, 2023 (USAO_204) | | | |
| 6-29 | RESERVED | | | |
| 30 | Translation of Clips of Ex. 1 (USAO_1578-1590) | | | |
| 31 | Translation of Clips of Ex. 2 (USAO_1591-1594) | | | |

| # | Description | | |
|---|---|---|---|
| 32 | Translation of Clips of Ex. 3 (USAO_1595-1600) | | |
| 33 | Translation of Clips of Ex. 4 (USAO_1601-1620) | | |
| 34 | Summary Translation of Ex. 5 (USAO_278-281) | | |
| 35 | Translation of Ex. 152 (USAO_30196) | | |
| 36 | Translation of Ex. 153 (USAO_30197) | | |
| 37 | Translation of Ex. 159 (USAO_30198) | | |
| 38 | Translation of Ex. 161 (USAO_30199) | | |
| 39 | Translation of Ex. 163 (USAO_30200) | | |
| 40 | Transcription and translation 4c0528ea-13af-4b24-ba45-4e3bdd55f729 | | |
| 41 | Transcription and translation of USAO_30447 | | |
| 42 | Translation of USAO_30394 | | |
| 43 | Translation of USAO_30421-30424 | | |
| 44-45 | RESERVED | | |
| 46 | Full video from Placentia Police Department Body Worn Camera on August 2, 2023 (USAO_203) | | |
| 47 | Full video from Placentia Police Department Body Worn Camera on August 2, 2023 (USAO_208) | | |
| 48 | Full video from Placentia Police Department Booking on August 2, 2023 (USAO_209) | | |
| 49 | Full video from Placentia Police Department Body Worn Camera on August 2, 2023 (USAO_211) | | |
| 50-57 | RESERVED | | |
| 58 | Wells Fargo ATM Video Recording from August 2, 2023 (Camera 5) (USAO_30201) | | |

| | | | | |
|---|---|---|---|---|
| 59 | Wells Fargo ATM Video Recording from August 2, 2023 (Camera 6) (USAO_30202) | | | |
| 60 | Wells Fargo ATM Video Recording from August 2, 2023 (All Cameras) (USAO_189) | | | |
| 61 | Wells Fargo teller transaction data (USAO_1667) | | | |
| 62 | Photo of cash and receipts (USAO_108) | | | |
| 63 | Photo of Vanilla gift cards (USAO_125) | | | |
| 64 | Photo of the back side of the Vanilla gift cards (USAO_126) | | | |
| 65 | Photo of three Wells Fargo receipts (USAO_127) | | | |
| 66 | Photo of Wells Fargo receipt for $800 (USAO_128) | | | |
| 67 | Photo of Wells Fargo receipt for $50 (USAO_129) | | | |
| 68 | Photo of Wells Fargo receipt for $1,000 (USAO_130) | | | |
| 69 | Photos of BMO debit card under the name "Nicu Petru Sandra" (USAO_1496-1497) | | | |
| 70 | Photos of European Union identification document under the name "Nicu Petru Sandra" (USAO_1498-1499) | | | |
| 71 | Photo of defendant at FBI booking (USAO_30098) | | | |
| 72 | Photo of iPhone 12, iPhone 14, and Samsung (USAO_124) | | | |
| 73 | Photo of still from Ex. 2 (USAO_201) | | | |
| 74 | Photo of still from Ex. 2 (USAO_201) | | | |
| 75-79 | RESERVED | | | |
| 80 | EBT Call Line Data Spreadsheet (USAO_1576) | | | |
| 81 | Photo of skimming devices (USAO_253) | | | |
| 82 | Photo of skimming devices (USAO_254) | | | |

| | | | | |
|---|---|---|---|---|
| 83 | Photo of skimming devices (USAO_255) | | | |
| 84 | Photo of skimming devices (USAO_256) | | | |
| 85 | Photo of stacks of $50s cash (USAO_257) | | | |
| 86 | Photo of gift card back (USAO_258) | | | |
| 87 | Photo of measuring an ATM keypad (USAO_259) | | | |
| 88 | Photo of measuring an ATM keypad (USAO_260) | | | |
| 89 | Photo of measuring an ATM keypad (USAO_261) | | | |
| 90 | Photo of measuring an ATM keypad (USAO_262) | | | |
| 91 | Photo of measuring an ATM keypad (USAO_263) | | | |
| 92 | Photo of measuring an ATM keypad (USAO_264) | | | |
| 93 | Photo of gift card front (USAO_265) | | | |
| 94 | Photo of gift card back (USAO_266) | | | |
| 95 | Photo of skimming devices (USAO_267) | | | |
| 96 | Photo of ATM keypad cover (USAO_268) | | | |
| 97 | Photo of ATM keypad cover (USAO_269) | | | |
| 98 | Photo of skimming device (USAO_270) | | | |
| 99 | Photo of skimming device (USAO_271) | | | |
| 100 | Photo of skimming device (USAO_272) | | | |
| 101 | Photo of skimming device (USAO_273) | | | |
| 102 | Photo of skimming device (USAO_274) | | | |
| 103 | Photo of skimming device (USAO_275) | | | |
| 104 | Photo of skimming device (USAO_276) | | | |

| | | | | |
|---|---|---|---|---|
| 105 | Photo of skimming device (USAO_277) | | | |
| 106 | Photo of EBT account lists (USAO_745) | | | |
| 107 | Photo of EBT account lists (USAO_746) | | | |
| 108 | Photo of EBT account lists (USAO_747) | | | |
| 109 | Photo of EBT account lists (USAO_748) | | | |
| 110 | Photo of EBT account lists (USAO_749) | | | |
| 111 | Photo of MagCard Write/Read Utility Program (USAO_750) | | | |
| 112 | Photo of EBT account lists (USAO_751) | | | |
| 113 | Photo of EBT account lists (USAO_752) | | | |
| 114 | Photo of EBT account lists (USAO_753) | | | |
| 115 | Photo of EBT account lists (USAO_754) | | | |
| 116 | Photo of EBT account lists (USAO_755) | | | |
| 117 | Photo of EBT account lists (USAO_756) | | | |
| 118 | Photo of EBT account lists (USAO_757) | | | |
| 119 | Photo of EBT account lists (USAO_758) | | | |
| 120 | Photo of EBT account lists (USAO_759) | | | |
| 121 | Photo of MSR Utility Program (USAO_760) | | | |
| 122 | Photo of EBT account lists (USAO_761) | | | |
| 123 | Photo of EBT account lists (USAO_762) | | | |
| 124 | Photo of EBT account lists (USAO_763) | | | |
| 125 | Photo of EBT account lists (USAO_764) | | | |
| 126 | Photo of EBT account lists (USAO_765) | | | |

| | | | | |
|---|---|---|---|---|
| 127 | Photo of EBT account lists (USAO_766) | | | |
| 128 | Photo of EBT account lists (USAO_767) | | | |
| 129 | Photo of EBT account lists (USAO_768) | | | |
| 130 | Photo of EBT account lists (USAO_769) | | | |
| 131 | Photo of Maruta (USAO_1504) | | | |
| 132 | Photo of Maruta and Duduianu (USAO_1505) | | | |
| 133 | Photo of Maruta and Duduianu (USAO_1506) | | | |
| 134-149 | RESERVED | | | |
| 150 | Video of skimming device (USAO_237) | | | |
| 151 | Video of inserting skimmer into real ATM (USAO_238) | | | |
| 152 | Video of new chip technology (USAO_239) | | | |
| 153 | Video of inserting skimmer into mock ATM (USAO_240) | | | |
| 154 | Video of skimming devices (USAO_241) | | | |
| 155 | Video of scouting an ATM exterior (USAO_242) | | | |
| 156 | Video of demonstrating ATM keypad cover (USAO_243) | | | |
| 157 | Video of measuring an ATM keypad (USAO_244) | | | |
| 158 | Video of measuring an ATM keypad (USAO_245) | | | |
| 159 | Video of skimming device (USAO_246) | | | |
| 160 | Video of ATM keypad cover (USAO_247) | | | |
| 161 | Video of plastic insert for skimming devices (USAO_248) | | | |
| 162 | Video of scouting an ATM exterior (USAO_249) | | | |
| 163 | Video of inserting skimmer into mock ATM (USAO_250) | | | |

| # | Ex. | Description |   |   |
|---|---|---|---|---|
| 1 | 164 | Video of stacks of $100s cash (USAO_251) | | |
| 2 | 165 | Video of scouting an ATM exterior (USAO_252) | | |
| 3 | 166-179 | RESERVED | | |
| 4 | 180 | Business Records Guide (USAO_30172) | | |
| 5 | 181 | Custodian Certificate (USAO_30173) | | |
| 6 | 182 | Subscriber Records for # 786-539-7830 (USAO_30174) | | |
| 7 | 183 | Custodian Certificate (USAO_30175) | | |
| 8 | 184 | Call Records for # 714-499-5203 (USAO_30176) | | |
| 9 | 185 | Call Records for # 714-631-5592 (USAO_30177) | | |
| 10 | 186 | Call Records for # 786-539-7830 (USAO_30178) | | |
| 11 | 187 | Subscriber Records for # 714-499-5203) (USAO_30179) | | |
| 12 | 188 | Subscriber Records for # 714-631-5592) (USAO_30180) | | |
| 13 | 189 | Subscriber Records for # 786-539-7830 (USAO_30181) | | |
| 14 | 190-199 | RESERVED | | |
| 15 | 200 | iPhone 12 WhatsApp Chat with 12107631164 (Excerpts) (USAO_30392-30394) | | |
| 16 | 201 | iPhone 12 WhatsApp Chat with 40768582992 (Excerpts) (USAO_30395-30397) | | |
| 17 | 202 | iPhone 12 WhatsApp Chat with 447940188087 (Excerpts) (USAO_30398-30399) | | |
| 18 | 203 | iPhone 12 WhatsApp Chat with 4915731216735 (Excerpts) (USAO_30400-30415) | | |
| 19 | 204 | USAO News Release from March 2, 2023 (USAO_30416-30420) | | |
| 20 | 205 | Romanian News Article from March 6, 2023 (USAO_30421-30424) | | |
| 21 | 206 | Photo of EBT numbers (USAO_30425) | | |

| | | | |
|---|---|---|---|
| 207 | Photo of skimming device (USAO_30426) | | |
| 208 | Photo of skimming device (USAO_30427) | | |
| 209 | Photo of ATM number pad (USAO_30428) | | |
| 210 | Photo of skimming devices (USAO_30429) | | |
| 211 | Photo of skimming device (USAO_30430) | | |
| 212 | Photo of skimming device (USAO_30431) | | |
| 213 | Photo of skimming device (USAO_30432) | | |
| 214 | Photo of skimming devices (USAO_30433) | | |
| 215 | Photo of point of sale terminal (USAO_30434) | | |
| 216 | Photo of cash (USAO_30435) | | |
| 217 | Photo of point of sale terminal (USAO_30436) | | |
| 218 | iPhone 12 Google Translate Searches (USAO_30437-30442) | | |
| 219 | Samsung phone call log excerpts (USAO_30443-30445) | | |
| 220 | Photo of partial face from Samsung Phone (USAO_30446) | | |
| 221 | Video recording of Loomis Van (USAO_30447) | | |
| 222 | Still Image from Ex. 60 at 6:00:32 (USAO_000189) | | |
| 223 | Still Image from Ex. 60 at 6:00:35 (USAO_000189) | | |
| 224 | Still Image from Ex. 60 at 6:01:08 (USAO_000189) | | |
| 225 | Still Image from Ex. 60 at 6:01:13 (USAO_000189) | | |
| 226 | Still Image from Ex. 60 at 6:01:14 (USAO_000189) | | |
| 227 | Still Image from Ex. 155 at 0:00:00 (USAO_242) | | |
| 228 | Still Image from Ex. 155 at 0:00:04 (USAO_242) | | |

| | | | | |
|---|---|---|---|---|
| 229 | Still Image from Ex. 158 at 0:00:01 (USAO_245) | | | |
| 230 | Still Image from Ex. 162 at 0:00:06 (USAO_249) | | | |
| 231 | Still Image from Ex. 162 at 0:00:07 (USAO_249) | | | |
| 232 | Video of alias passport (USAO_30448) | | | |
| 233 | Video of ATM skimming activity (USAO_30449) | | | |
| 234 | Video of ATM skimming activity (USAO_30450) | | | |
| 235 | Video of ATM skimming activity (USAO_30451) | | | |
| 236 | Video of ATM skimming activity (USAO_30452) | | | |
| 237 | Video of ATM skimming activity (USAO_30453) | | | |
| 238 | Video of ATM skimming activity (USAO_30454) | | | |
| 239 | Placentia Police Department Mugshot of defendant (USAO_30262) | | | |
| 240 | Placentia Police Department Mugshot of Maruta (USAO_30263) | | | |
| 241 | Video Clip of Search of Maruta (36:10- 36:45) (USAO_211) | | | |
| 242 | Audio Recording of Voicemail (USAO_30462) | | | |
| 243-299 | RESERVED | | | |
| 300 | Stipulation 1: Victim Testimony (Fact Stipulation) | | | |
| 301 | Stipulation 2: Accuracy and Admissibility of Foreign Language Translation (Exs. 30-34) | | | |
| 302 | Stipulation 3: Admissibility of Photos, Videos, Audio Files, and EBT Call Log (Exs. 1-5, 62-68, 80) | | | |
| 303 | Stipulation 4: Admissibility of Wells Fargo Video and Transactions (Exs. 60-61) | | | |
| 304 | Stipulation 5: Facts and admissibility of phone data (Exs. 150-165) | | | |

| | | | | |
|---|---|---|---|---|
| 305 | Stipulation 6: Authenticity of Full-Length Videos. (Exs. 1-4, 46-49) | | | |
| 306 | Stipulation 7: Admissibility of T-Mobile Records (Exs. 180-189) | | | |
| 307 | Stipulation 8: Phone Ownership (Fact Stipulation) | | | |
| 308 | Stipulation 9: Accuracy and Admissibility of Foreign Language Translation (Exs. 35-39) | | | |
| 309 | Stipulation 10: Date of Entry (Fact Stipulation) | | | |
| 310 | Stipulation 11: Aliases (Fact Stipulation) | | | |

DATED: January 16, 2024            Respectfully submitted,

                                             E. MARTIN ESTRADA
                                             United States Attorney

                                             MACK E. JENKINS
                                             Assistant United States Attorney
                                             Chief, Criminal Division


                                                   /s/
                                             DAVID Y. PI
                                             DIANE ROLDÁN
                                             Assistant United States Attorneys

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA