**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. FLORIN DUDUIANU DEFENDANT(S). | CASE NUMBER 8:23-CR-00116-JWH WAIVER OF TRIAL BY JURY and WAIVER OF SPECIAL FINDINGS OF FACT [F.R.Cr.P. Rule 23(a) and (c)] |
|---|---|

The undersigned defendant hereby waives the right to a trial by jury and requests the court to try all charges against him in this case without jury.

The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

12.19.2023
Date

_[signature]_
Signature of Defendant

The undersigned attorney for the defendant herein represents that prior to the signing of the foregoing waiver, the defendant was fully advised as to the rights of an accused under the Constitution and laws of the United States to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the court that the waiver be approved.

12/19/23
Date

_[signature]_
Attorney for Defendant

The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

United States Attorney

1/5/24
Date

_[signature]_ David B.
Assistant U. S. Attorney

1/23/24
Date Approved

_[signature]_
United States District Judge

WAIVER OF TRIAL BY JURY AND WAIVER OF SPECIAL FINDINGS OF FACT

CR-19 (09/97)

This Waiver of Trial by Jury and Waiver of Special Findings of Fact has been read to me in Romanian, the language in which I am fluent, and I have carefully discussed every part of it with my attorney. I understand the terms of this waiver and my rights described herein, and I knowingly waive those right and voluntarily agree to the terms of the waiver.

X. _/s/_____     01/05/24
FLORIN DUDUIANU                    Date
Defendant


**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Romanian languages. I accurately translated this entire agreement from English into Romanian to defendant FLORIN DUDUIANU on this date.

_/s/_____        01/05/24
INTERPRETER                        Date