# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:23-cr-00116-JWH-1 |
| Date | January 23, 2024 |
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Interpreter | Nicolet Mateescu, Ioana Nitra |

| Erica Bustos for Clarissa Lara | Sharon Seffens, Miriam Baird | David Y. Pi, Diane B. Roldan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Florin Duduianu | X | X | | Michael A. Schachter | X | | X |

__2__ Day COURT TRIAL  ____ Day JURY TRIAL  ____ Death Penalty Phase

____ One day trial;  ____ Begun (1st day);  ____ Held & continued;  _x_ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

_x_ Witnesses called, sworn and testified.

_x_ Exhibits identified     _x_ Exhibits admitted

____ Government rests     _x_ Defendant rest

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

_x_ Motion for judgment of acquittal (FRCrP 29) is ____ granted _x_ denied ____ submitted

_x_ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

_x_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

_x_ Finding by Court as follows:   ____ Jury Verdict as follows:

   _x_ Guilty on count(s) __5 and 6__   ____ Not Guilty on count(s)

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

_x_ Dft # _x_ Referred to Probation Office for Investigation & Report and continued to __3/29/24 at 2:00 p.m.__ for sentencing.

_x_ Dft # _x_ remanded to custody.   ____ Remand/Release# ____ issd.   ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft #

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   |   |
|---|---|
|   | 1 : 33 |
| Initials of Deputy Clerk | eb |

Cc: USPPO; USMS